**Roy Lee REED, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 67739.**

Missouri Court of Appeals, Eastern District, Division One.

Dec. 26, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 20, 1996.

Dave Hemingway, Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Kocot, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

### ORDER

PER CURIAM.

Movant pled guilty to stealing property over $150 and escape from custody. The trial court sentenced movant as a prior and persistent offender to consecutive terms totalling fifteen years. Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion. We affirm.

No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).